USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/2022

# OSBORN LAW P.C.

Daniel A. Osborn, Esq.  
Lindsay M. Trust, Esq.

43 West 43rd Street, Suite 131  
New York, New York 10036  
Phone: 212-725-9800  
Facsimile: 212-500-5115

Email: info@osbornlawpc.com  
www.osbornlawpc.com

May 26, 2022

**VIA ECF**

Honorable Stewart D. Aaron  
United States Magistrate Judge  
Southern District of New York  
500 Pearl Street  
New York, New York 10007-1312

Application GRANTED. SO ORDERED.  
Dated: May 27, 2022

Re:   *Williams v. Commissioner of Social Security,*  
        Civil Action 1:21-cv-10145-SDA

Dear Judge Aaron,

We write on behalf of plaintiff, Adera Williams, with the consent of the defendant, to respectfully request a 16-day extension of time to file the complete administrative record and the fully briefed motions. The deadline to file the administrative record and fully briefed motions is **May 28, 2022**. Plaintiff respectfully requests an extension of time up to and including, **June 13, 2022**. This is plaintiff's first request for an extension of time.

While counsel had every expectation of meeting the May 28, 2022 deadline, the additional time is necessary because the attorney working on the brief has a young child that has tested positive for COVID for a second time.

Subject to the approval of the Court, the parties propose the following revised briefing schedule:

a. Plaintiff to file her motion for judgment on the pleadings on or before June 13, 2022;

Honorable Stewart D. Aaron
May 26, 2022

    b. Defendant to file its response/cross-motion on or before August 12, 2022; and

    c. Plaintiff to file her reply (if any) on or before September 2, 2022.

Thank you for your consideration of this request.

    Respectfully submitted,

    s/Daniel A. Osborn
    Daniel A. Osborn
    OSBORN LAW, P.C.
    43 West 43rd Street, Suite 131
    New York, New York 10036
    Telephone:   212-725-9800
    Facsimile:    212-500-5115
    dosborn@osbornlawpc.com

cc: Susan Branagan, Esq. (by ECF)